**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                    CASE NO.: 09-40836-TLH4
                                          CHAPTER 13
THOMAS ALVIN LEMACKS

_____Debtor_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof states:

1. The Trustee has issued check(s) FOR: Jane Lemacks, which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 16253 in the amount of $46.00 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED**.

        /s/Leigh D. Hart or
        /s/<u>William J. Miller, Jr.</u>
           OFFICE OF CHAPTER 13 TRUSTEE
           POST OFFICE BOX 646
           TALLAHASSEE, FL 32302
           ldhecf@earthlink.net
           (850) 681-2734 "Telephone"
           (850) 681-3920 "Facsimile"

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

THOMAS ALVIN LEMACKS      JANE LEMACKS
3216 CRANLEIGH DRIVE       3216 CRANLEIGH DRIVE
TALLAHASSEE, FL 32309-0000   TALLAHASSEE, FL  32309

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317-0000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/<u>William J. Miller, Jr.</u>
           OFFICE OF CHAPTER 13 TRUSTEE

October 18, 2010